UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PHOUNG VINA NGUYEN  \*
    Plaintiff  \*
      \*
VERSUS  \*  Case No. _____
      \*
GARY SWESEY, D. MOSLEY TRUCKING INC.,\*
 and ARCH INSURANCE COMPANY  \*
    Defendants  \*
      \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

NOW INTO COURT, through undersigned counsel comes Petitioner, Phoung Vina Nguyen, a person of the full age of majority, and a resident of the Parish of Orleans, State of Louisiana, who respectfully represents as follows:

This is an action filed by the Plaintiff, Phoung Vina Nguyen, to recover money damages for personal injuries sustained due to the negligence of the Defendants. The reasons therefore are as a follows:

### THE PARTIES

1.

The Plaintiff, Phoung Vina Nugyen, is an individual who is and was at all times pertinent hereto a person of the full age of majority domiciled in St. Charles Parish, State of Louisiana.

2.

Defendant Gary Swesey is a person of the full age of majority and a resident of the State of Florida and at all times pertinent hereto was the driver of a 2012 Kenworth truck owned by D. Mosley Trucking Inc.; and at all times pertinent hereto Gary Swesey was acting in the course and scope of his employment and/or as the agent of Defendant, D. Mosley Trucking Inc.

3.

Defendant, Arch Insurance Company, is a foreign corporation domiciled in the State of Missouri, authorized to do and doing business in the State of Louisiana and at all times pertinent hereto had in full force and effect a policy of liability insurance covering Defendants, Gary Swesey and D. Mosley Trucking Inc., for the risks hereinafter alleged.

4.

Defendant, D. Mosley Trucking Inc., is a foreign corporation, domiciled in the State of Florida and in the City of Lawtey, and at all times pertinent hereto was the owner of a 2012 Kenworth truck operated at all times pertinent hereto by Defendant, Gary Swesey, and was at all times pertinent hereto the employer or principal of employee or agent, Gary Swesey, and is responsible for the actions, omissions, and negligences, of its employee/agent under the legal doctrine of *respondeat superior*.

**JURISDICTION AND VENUE**

5.

Jurisdiction is proper pursuant to 28 U.S.C. § 1332(a)(1) because there exists complete diversity between Petitioner and Defendants and the amount in controversy in this matter exclusive of interest and costs is in excess of seventy five thousand dollars ($75,000.00).

6.

Venue lies in this Court in the present action pursuant to 28 USCS §§ 139, because a substantial part of the events or omissions giving rise to the claim occurred in this district in the Parish of St. Charles and State of Louisiana.  This Venue is also proper under 18 U.S.C. § 1965(a) and (d) because all defendants have transacted and presently transact their affairs in this judicial district.

## ALLEGATIONS

7.

On or about July 29, 2015, Petitioner was the driver of a 2010 Mercedes E350 and was stationary at the stop sign controlling Staton Hall Drive at its intersection with Ormond Boulevard in Destrehan, Louisiana when suddenly and without warning Defendant, Gary Swesey, struck the Petitioner's vehicle with the Kentworth truck he was operating for Defendant, D. Mosley Trucking Inc., thereby causing the injuries to Petitioner hereinafter more fully described.

8.

The foregoing incident was caused directly and proximately by the negligence of the defendant, Gary Swesey, particularly, but not exclusively, in the following respects, to-wit:

A. Driving in a reckless and careless manner without regard for the safety of others;

B. Failure to see what he should have seen;

C. Failure to keep a proper look out;

D. Failure to take evasive action to avoid causing the accident;

E. Failure to yield;

F. Disregarding lane markings;

G. Failure to maintain the marked lane of travel;

H. Failure to maintain adequate and proper control of his vehicle;

I. Executing an improper, illegal, and/or unsafe turning maneuver;

J. Turning from the wrong lane; and

K. Any and all other acts of negligence that may be proven at the time of trial of this matter.

9.

As a direct and proximate result of the negligence of Defendant, Gary Swesey, Plaintiff was caused to suffer severe and grievous injuries to body and mind.

10.

Plaintiff is entitled to recover damages for the injuries she sustained at the hands of the Defendant, Gary Swesey, including to, but not limited to:

A. Past, present and future medical expenses;

B. Past, present and future mental and physical pain and suffering;

C. Past, present, and future lost wages;

D. Loss of earning capacity;

E. Loss of use of her vehicle damaged in the subject accident;

F. Property damage to her vehicle damaged in the subject accident; and

G. Residual disability

WHEREFORE, Petitioner prays that after due proceedings had there be judgment herein in favor of Petitioner, Phoung Vina Nguyen, and against the Defendants, Gary Swesey, D. Mosley Trucking Inc. and Arch Insurance Company, jointly, severally, and in solido, in a sum to be determined by this Honorable Court together with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings.  Petitioner further prays for all general and equitable relief.

Respectfully submitted,

  /s/ **Tim L Fields**
TIM L. FIELDS (Bar #: 24794)
Attorney for Plaintiff
1750 St. Charles Avenue, Suite CU1

New Orleans, Louisiana 70130
(504) 864-0111 Fax (504) 864-0009