UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PHOUNG VINA NGUYEN | * | CA NO. 2:16-CV-11154-KDE-JCW |
| VERSUS | * | JUDGE KURT D. ENGELHARDT |
| GARY SWESEY, D. MOSLEY TRUCKING, INC., AND ARCH INSURANCE COMPANY | * | MAG. JUDGE JOSEPH WILKINSON, JR. |

ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Motion,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the claims of PHOUNG VINA NGUYEN against GARY SWESEY, D. MOSLEY TRUCKING, INC. AND ARCH INSURANCE COMPANY be and are hereby dismissed, with prejudice.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that each party bears its own costs of court.

SIGNED this 19th day of October, 2017, at New Orleans, Louisiana.

_____
DISTRICT JUDGE